CHARLES W. PHILIPBAR, Appellant, v. MANUFACTURERS TRUST COMPANY and FREDERICK FRIES, as Executors, etc., of EDWARD A. FRIES, Deceased, Respondents.— Judgment reversed upon the law and a new trial granted, costs to appellant to abide the event. In our opinion, the plaintiff's evidence presented questions of fact to be determined by the jury as to whether it was the understanding and practical construction by the parties themselves to the agreement in question that the Senger case was not comprehended by the agreement, and as to whether, if the taking by plaintiff of additional compensation in the Senger case constituted a breach of the agreement, such breach had not been waived by the decedent. Young, Hagarty, Carswell and Tompkins, JJ., concur; Kapper, J., dissents.

LUIGIA PUNTELLI and ALPHONSINA FUCIGNA, Respondents, v. GEORGE H. STARKIE, Appellant, and FREDERICK W. RITTER, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLIFFORD CARNEY, Appellant.— Judgment of conviction of the County Court of Queens county unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTONIO CELLINI, Appellant.*— Judgment of conviction and order unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK COHEN, Alias HARRY GREENBERG, Alias ZELIG COHEN, Alias JACK HARRIS, Appellant.— Judgment of conviction and order of the County Court of Kings county unanimously affirmed. (Code Crim. Proc. § 542.) Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL SILVER, Appellant.— Judgment of conviction and order of the County Court of Queens county reversed upon the law and the facts and a new trial ordered. The court's communication with the jury, in violation of section 427 of the Code of Criminal Procedure, was prejudicial to the defendant in that it deprived him of a substantial right. Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BARNETT WISEMAN, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.